UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MLG ARCHITECTS LLP,

                Plaintiff,

  - against -

RB CAPITAL LTD., ET AL.,

                Defendants.

22-cv-704 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

Responses to any crossclaims should be filed by May 17, 2022. The parties should submit a Rule 26(f) report by June 7, 2022. The conference scheduled for May 4, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
           April 27, 2022

                                          John G. Koeltl
                                      **United States District Judge**