UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MLG ARCHITECT LLPS,

          Plaintiff,

          -against-

RB CAPITAL LTD. ET AL.,

          Defendant.
------------------------------------------------------------x

22-CV-704 (JGK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 43. The parties are directed to refer to this Court's Individual Practices and to meet and confer to resolve the discovery dispute in good faith. If Plaintiff believes they have a good faith basis for a motion to compel, Plaintiff's deadline to file the motion is **March 21, 2023**. Defendant's opposition is due **April 4, 2023**. The parties are reminded of Fed. R. Civ. P. 37(a)(5). If the parties are able to resolve their discovery dispute in lieu of a motion to compel, the parties are directed to instead file a joint status letter by **March 21, 2023**.

**SO ORDERED.**

                                                          _s/ Ona T. Wang_

Dated: February 21, 2023                                   **Ona T. Wang**
          New York, New York                     United States Magistrate Judge