**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
MLG ARCHITECT LLPS,

                Plaintiff,

                -against-

RB CAPITAL LTD. ET AL.,

                Defendant.
---------------------------------------------------------x

22-CV-704 (JGK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 57. The parties report that once the matter is fully settled, they will inform the Court. The parties are directed to file said report or a joint status letter by **August 14, 2023.**

**SO ORDERED.**

Dated: July 13, 2023
      New York, New York

                                  *s/ Ona T. Wang*
                                    **Ona T. Wang**
                              United States Magistrate Judge